**Fill in this information to identify the case:**

Debtor 1 ___Stephen W. Schmitt: dba Stephen Schmitt Agency, Inc.___

Debtor 2 ___Karen K. Schmitt___
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio

Case number ___2:17-bk-55474___

Official Form 410S1

# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 15-2

**Last 4 digits** of any number you use to identify the debtor's account:   1  9  6  3

**Date of payment change:**
Must be at least 21 days after date of this notice          01/01/2021

**New total payment:**
Principal, interest, and escrow, if any          $      1,220.38

---

**Part 1:    Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____495.89          New escrow payment:  $_____469.74

---

**Part 2:    Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____          New principal and interest payment: $_____

---

**Part 3:    Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

---

Debtor 1    __Stephen W. Schmitt_____          Case number (*if known*) __2:17-bk-55474_____
            First Name      Middle Name      Last Name

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons _____          Date __11/20/2020_____
   Signature

Print:     __Molly Slutsky Simons_____          Title __Attorney for Creditor_____
           First Name         Middle Name      Last Name

Company    __Sottile & Barile, Attorneys at Law_____

Address    __394 Wards Corner Road, Suite 180_____
           Number              Street

           __Loveland_____ __OH__  __45140__
           City                         State   ZIP Code

Contact phone   __513-444-4100_____          Email __bankruptcy@sottileandbarile.com__

---

SN Servicing Corporation                                                      Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  November 16, 2020

STEPHEN W SCHMITT                                                    Loan: ▉▉▉▉▉
KAREN K SCHMITT
5952 RANGELINE RD
MOUNT VERNON OH  43050                      Property Address:
                                            5952 RANGELINE ROAD
                                            MT. VERNON, OH  43050

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Jan 2020 to Dec 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 01, 2021: |
| --- | --- | --- |
| Principal & Interest Pmt: | 750.64 | 750.64  ** |
| Escrow Payment: | 495.89 | 469.74 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,246.53 | $1,220.38 |

| Escrow Balance Calculation | |
| --- | --- |
| Due Date: | Aug 01, 2020 |
| Escrow Balance: | (1,112.58) |
| Anticipated Pmts to Escrow: | 2,479.45 |
| Anticipated Pmts from Escrow (-): | 73.34 |
| Anticipated Escrow Balance: | $1,293.53 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | Starting Balance | 2,135.55 | 525.73 |
| Jan 2020 | 463.78 | 949.93 | 36.67 | 36.67 | * | Mortgage Insurance | 2,562.66 | 1,438.99 |
| Jan 2020 | | | | 1,736.42 | * | County Tax | 2,562.66 | (297.43) |
| Feb 2020 | 463.78 | | 1,746.01 | | * | County Tax | 1,280.43 | (297.43) |
| Feb 2020 | | 495.89 | 36.67 | 36.67 | * | Mortgage Insurance | 1,243.76 | 161.79 |
| Mar 2020 | 463.78 | | 36.67 | 36.67 | * | Mortgage Insurance | 1,670.87 | 125.12 |
| Apr 2020 | 463.78 | 495.89 | 36.67 | 36.67 | * | Mortgage Insurance | 2,097.98 | 584.34 |
| May 2020 | 463.78 | | 36.67 | 36.67 | * | Mortgage Insurance | 2,525.09 | 547.67 |
| Jun 2020 | 463.78 | 495.89 | 36.67 | 36.67 | * | Mortgage Insurance | 2,952.20 | 1,006.89 |
| Jun 2020 | | | | 1,736.42 | * | County Tax | 2,952.20 | (729.53) |
| Jul 2020 | 463.78 | | 1,746.01 | | * | County Tax | 1,669.97 | (729.53) |
| Jul 2020 | | | 36.67 | 36.67 | | Mortgage Insurance | 1,633.30 | (766.20) |
| Aug 2020 | 463.78 | | 36.67 | 36.67 | * | Mortgage Insurance | 2,060.41 | (802.87) |
| Aug 2020 | | | | 1,724.04 | * | Homeowners Policy | 2,060.41 | (2,526.91) |
| Sep 2020 | 463.78 | | 1,633.30 | | * | Homeowners Policy | 890.89 | (2,526.91) |
| Sep 2020 | | | 36.67 | 36.67 | | Mortgage Insurance | 854.22 | (2,563.58) |
| Oct 2020 | 463.78 | 1,487.67 | 36.67 | 36.67 | * | Mortgage Insurance | 1,281.33 | (1,112.58) |
| Nov 2020 | 463.78 | | 36.67 | | * | Mortgage Insurance | 1,708.44 | (1,112.58) |
| Dec 2020 | 463.78 | | 36.67 | | * | Mortgage Insurance | 2,135.55 | (1,112.58) |
| | | | | | | Anticipated Transactions | 2,135.55 | (1,112.58) |
| Nov 2020 | | 1,983.56 | | 36.67 | | Mortgage Insurance | | 834.31 |
| Dec 2020 | | 495.89 | | 36.67 | | Mortgage Insurance | | 1,293.53 |
| | $5,565.36 | $6,404.72 | $5,565.36 | $5,636.92 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 5,565.36.  Under Federal law, your lowest monthly balance should not have exceeded 927.56 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                                                   Final
For Inquiries:  (800) 803-0836

Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  November 16, 2020

STEPHEN W SCHMITT                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,293.53 | 2,165.40 |
| Jan 2021 | 469.74 | 36.67 | Mortgage Insurance | 1,726.60 | 2,598.47 |
| Feb 2021 | 469.74 | 1,736.42 | County Tax | 459.92 | 1,331.79 |
| Feb 2021 | | 36.67 | Mortgage Insurance | 423.25 | 1,295.12 |
| Mar 2021 | 469.74 | 36.67 | Mortgage Insurance | 856.32 | 1,728.19 |
| Apr 2021 | 469.74 | 36.67 | Mortgage Insurance | 1,289.39 | 2,161.26 |
| May 2021 | 469.74 | 36.67 | Mortgage Insurance | 1,722.46 | 2,594.33 |
| Jun 2021 | 469.74 | 36.67 | Mortgage Insurance | 2,155.53 | 3,027.40 |
| Jul 2021 | 469.74 | 1,736.42 | County Tax | 888.85 | 1,760.72 |
| Jul 2021 | | 36.67 | Mortgage Insurance | 852.18 | 1,724.05 |
| Aug 2021 | 469.74 | 36.67 | Mortgage Insurance | 1,285.25 | 2,157.12 |
| Sep 2021 | 469.74 | 1,724.04 | Homeowners Policy | 30.95 | 902.82 |
| Sep 2021 | | 36.67 | Mortgage Insurance | (5.72) | 866.15 |
| Oct 2021 | 469.74 | 36.67 | Mortgage Insurance | 427.35 | 1,299.22 |
| Nov 2021 | 469.74 | 36.67 | Mortgage Insurance | 860.42 | 1,732.29 |
| Dec 2021 | 469.74 | 36.67 | Mortgage Insurance | 1,293.49 | 2,165.36 |
| | $5,636.88 | $5,636.92 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 866.15.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 939.49 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,293.53.  Your starting balance (escrow balance required) according to this analysis should be $2,165.40.  This means you have a shortage of 871.87.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 5,636.92.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | 469.74 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $469.74 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

In Re:                                             Case No. 2:17-bk-55474

Stephen W. Schmitt
  *dba* Stephen Schmitt Agency, Inc.               Chapter 13
Karen K. Schmitt

Debtors.                                           Judge C. Kathryn Preston

---

**CERTIFICATE OF SERVICE**

---

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served
**electronically** on November 20, 2020 through the Court's ECF System on all ECF participants
registered in this case at the e-mail address registered with the Court

And by **ordinary U.S. Mail** on November 20, 2020 addressed to:

Stephen W. Schmitt, Debtor
5952 Rangeline Rd.
Mount Vernon, OH 43050

Karen K. Schmitt, Debtor
5952 Rangeline Rd.
Mount Vernon, OH 43050

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor