**Fill in this information to identify the case:**

Debtor 1: Stephen W. Schmitt

Debtor 2 (Spouse, if filing): Karen K. Schmitt

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 2:17-bk-55474

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

Court claim no. (if known): 15-2

Last 4 digits of any number you use to identify the debtor's account: 1 9 6 3

Date of payment change:
Must be at least 21 days after date of this notice: 01/01/2022

New total payment: $ 1,263.58
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 469.74   New escrow payment: $ 512.94

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%   New interest rate: _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Official Form 410S1   Notice of Mortgage Payment Change   page 1

Debtor 1  **Stephen W. Schmitt**
　　　　　First Name　　Middle Name　　Last Name

Case number *(if known)* **2:17-bk-55474**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 11/12/2021

Print: **Molly Slutsky Simons**
　　　First Name　　Middle Name　　Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
　　　　Number　　　　Street

**Loveland**　　　　　　　　**OH**　　**45140**
City　　　　　　　　　　　　State　　ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

STEPHEN W SCHMITT
5952 RANGELINE RD
MOUNT VERNON OH  43050

Analysis Date: November 01, 2021                                                                             Final
Property Address: 5952 RANGELINE ROAD  MT. VERNON, OH 43050                                    Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Jan 2021 to Dec 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jan 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 750.64 | 750.64 ** |
| Escrow Payment: | 469.74 | 512.94 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,220.38 | $1,263.58 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Nov 01, 2021 |
| Escrow Balance: | (91.05) |
| Anticipated Pmts to Escrow: | 939.48 |
| Anticipated Pmts from Escrow (-): | 73.34 |
| Anticipated Escrow Balance: | $775.09 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 2,165.40 | (194.14) |
| Jan 2021 | 469.74 | 1,957.41 | 36.67 | 36.67 | * | Mortgage Insurance | 2,598.47 | 1,726.60 |
| Jan 2021 | | | | 1,924.69 | * | County Tax | 2,598.47 | (198.09) |
| Feb 2021 | 469.74 | | 1,736.42 | | * | County Tax | 1,331.79 | (198.09) |
| Feb 2021 | | | 36.67 | 36.67 | | Mortgage Insurance | 1,295.12 | (234.76) |
| Mar 2021 | 469.74 | 939.48 | 36.67 | 36.67 | * | Mortgage Insurance | 1,728.19 | 668.05 |
| Apr 2021 | 469.74 | | 36.67 | 36.67 | * | Mortgage Insurance | 2,161.26 | 631.38 |
| May 2021 | 469.74 | 939.48 | 36.67 | 36.67 | * | Mortgage Insurance | 2,594.33 | 1,534.19 |
| Jun 2021 | 469.74 | 469.74 | 36.67 | 36.67 | | Mortgage Insurance | 3,027.40 | 1,967.26 |
| Jun 2021 | | | | 1,924.69 | * | County Tax | 3,027.40 | 42.57 |
| Jul 2021 | 469.74 | | 1,736.42 | | * | County Tax | 1,760.72 | 42.57 |
| Jul 2021 | | 469.74 | 36.67 | 36.67 | * | Mortgage Insurance | 1,724.05 | 475.64 |
| Aug 2021 | 469.74 | 469.74 | 36.67 | 36.67 | | Mortgage Insurance | 2,157.12 | 908.71 |
| Aug 2021 | | | | 1,865.90 | * | Homeowners Policy | 2,157.12 | (957.19) |
| Sep 2021 | 469.74 | | 1,724.04 | | * | Homeowners Policy | 902.82 | (957.19) |
| Sep 2021 | | 469.74 | 36.67 | 36.67 | * | Mortgage Insurance | 866.15 | (524.12) |
| Oct 2021 | 469.74 | 469.74 | 36.67 | 36.67 | | Mortgage Insurance | 1,299.22 | (91.05) |
| Nov 2021 | 469.74 | | 36.67 | | * | Mortgage Insurance | 1,732.29 | (91.05) |
| Dec 2021 | 469.74 | | 36.67 | | * | Mortgage Insurance | 2,165.36 | (91.05) |
| | | | | | | Anticipated Transactions | 2,165.36 | (91.05) |
| Nov 2021 | | 469.74 | | 36.67 | | Mortgage Insurance | | 342.02 |
| Dec 2021 | | 469.74 | | 36.67 | | Mortgage Insurance | | 775.09 |

Page 1

$5,636.88　$7,124.35　　$5,636.92　$6,153.32

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 5,636.92.  Under Federal law, your lowest monthly balance should not have exceeded 939.49 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: November 01, 2021  
Borrower: STEPHEN W SCHMITT  
Final  
Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 775.09 | 2,381.40 |
| Jan 2022 | 512.94 | 36.67 | Mortgage Insurance | 1,251.36 | 2,857.67 |
| Feb 2022 | 512.94 | 1,924.69 | County Tax | (160.39) | 1,445.92 |
| Feb 2022 |  | 36.67 | Mortgage Insurance | (197.06) | 1,409.25 |
| Mar 2022 | 512.94 | 36.67 | Mortgage Insurance | 279.21 | 1,885.52 |
| Apr 2022 | 512.94 | 36.67 | Mortgage Insurance | 755.48 | 2,361.79 |
| May 2022 | 512.94 | 36.67 | Mortgage Insurance | 1,231.75 | 2,838.06 |
| Jun 2022 | 512.94 | 36.67 | Mortgage Insurance | 1,708.02 | 3,314.33 |
| Jul 2022 | 512.94 | 1,924.69 | County Tax | 296.27 | 1,902.58 |
| Jul 2022 |  | 36.67 | Mortgage Insurance | 259.60 | 1,865.91 |
| Aug 2022 | 512.94 | 36.67 | Mortgage Insurance | 735.87 | 2,342.18 |
| Sep 2022 | 512.94 | 1,865.90 | Homeowners Policy | (617.09) | 989.22 |
| Sep 2022 |  | 36.67 | Mortgage Insurance | (653.76) | 952.55 |
| Oct 2022 | 512.94 | 36.67 | Mortgage Insurance | (177.49) | 1,428.82 |
| Nov 2022 | 512.94 | 36.67 | Mortgage Insurance | 298.78 | 1,905.09 |
| Dec 2022 | 512.94 | 36.67 | Mortgage Insurance | 775.05 | 2,381.36 |
|  | $6,155.28 | $6,155.32 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 952.55. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,025.89 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 775.09. Your starting balance (escrow balance required) according to this analysis should be $2,381.40. This means you have a shortage of 1,606.31. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 6,155.32. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Case 2:17-bk-55474    Doc 132    Filed 11/12/21    Entered 11/12/21 14:49:36    Desc Main
Document      Page 6 of 7

Analysis Date: November 01, 2021
Borrower: STEPHEN W SCHMITT
Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 512.94 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $512.94 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| In Re: | Case No. 2:17-bk-55474 |
| Stephen W. Schmitt<br>  *dba* Stephen Schmitt Agency, Inc.<br>Karen K. Schmitt | Chapter 13 |
| Debtors. | Judge C. Kathryn Preston |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Mortgage Payment Change was served **electronically** on November 12, 2021 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on November 12, 2021 addressed to:

Stephen W. Schmitt, Debtor
Karen K. Schmitt, Debtor
5952 Rangeline Rd.
Mount Vernon, OH 43050

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor