UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-55474 |
| | CHAPTER 13 |
| Stephen W Schmitt | |
| Karen K Schmitt | JUDGE C KATHRYN PRESTON |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, EDWARD A. BAILEY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** US Bank Trustee NA

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 15 | 1963 | $38,330.54 | $38,330.54 | $38,330.54 |
| Total Amount Paid by Trustee | | | | $38,330.54 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X** Through February 2022 via conduit     ___ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-55474

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of September, 2022.

Stephen W Schmitt, Karen K Schmitt, 5952 Rangeline Rd, Mount Vernon, OH  43050

ELECTRONIC SERVICE - Kenneth L Sheppard, Jr, Sheppard Law Offices, Co., L.P.A., 8351 N. High Street, Suite 101, Columbus, OH  43235

Specialized Loan Servicing, LLC, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO  80129

ELECTRONIC SERVICE - bankruptcy@sottileandbarile.com

ELECTRONIC SERVICE - United States Trustee

Date:  September 01, 2022                                    /s/ EDWARD A. BAILEY
                                                             EDWARD A. BAILEY
                                                             Chapter 13 Trustee
                                                             130 E WILSON BRIDGE ROAD
                                                             SUITE 200
                                                             WORTHINGTON, OH  43085-6300